# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

### PETITION FOR WARRANT
### FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Hector Noe Cervantes-Rivera**

Case Number: **2:17CR00191**

Name of Sentencing Judicial Officer: **Honorable Warren K. Urbom**

Date of Original Sentence: **August 3, 2010**

Original Offense: **Conspiracy to Distribute and Possession with Intent to Distribute Methamphetamine**

Original Sentence: **210 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **May 19, 2017**

Date Jurisdiction Transferred to District of Nevada: **June 26, 2017**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

### PETITIONING THE COURT

☒ **To issue a warrant.**

☐ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Shall Not Commit Crime** - The defendant shall not commit another federal state or local crime.

    On June 16, 2017, Cervantes-Rivera admitted driving a motor vehicle without having a driver's license.

RE: Hector Noe Cervantes-Rivera

Prob12C
D/NV Form
Rev. March 2017

2. **Refrain From Unlawful Use of Controlled Substance** - The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually. Revocation is mandatory for refusal to comply.

   On June 16, 2017, the offender admitted using marijuana on June 10, 2017.

   On June 16, 2017, Cervantes-Rivera attempted to subterfuge his drug test by using a device during his drug testing.

   On June 16, 2017, the offender refused to submit a drug test.

3. **Be Truthful** - The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

   On June 19, 2017, Cervantes-Rivera failed to report to the probation in the morning as instructed.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ **Revoked**

☐ To extend the term of supervision months, for a total term of months.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **June 27, 2017**

_____
Leonel Sanchez
United States Probation Officer

Leonel Sanchez-Hernandez
2017.06.27 10:43:47 -07'00'

RE: Hector Noe Cervantes-Rivera

Prob12C
D/NV Form
Rev. March 2017

Approved:

_____
Robert G. Aquino
2017.06.27 12:23:21
-07'00'

Robert Aquino
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

---

☐    No Action.
X    The issuance of a warrant.
☐    The issuance of a summons.
☐    Other:


_____
Signature of Judicial Officer

June 27, 2017
_____
Date